**MANATT, PHELPS & PHILLIPS, LLP**
SUSAN E. HOLLANDER (SBN 133473)
E-mail: shollander@manatt.com
SHANNON S. KING (SBN 233386)
E-mail: ssking@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, CA  94111
Telephone:  (415) 291-7400
Facsimile:  (415) 291-7474

Attorneys for Plaintiffs
Daymen Photo Marketing LP and Daymen U.S., Inc.

**LAW OFFICE OF FELIX WU**
FELIX WU (SBN 128921)
E-mail: mtkilai@yahoo.com
4000 Barranca Parkway, Suite 250
Irvine, CA  92604
Telephone:  (310) 895-0024
Facsimile:   (714) 669-0715

Attorney for Defendant
Victor Chu

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Daymen Photo Marketing LP, a Canadian Limited Partnership, and Daymen U.S., Inc., a California corporation,<br><br>         Plaintiffs,<br><br>    vs.<br><br>Victor Chu, individually and d/b/a "Mekko" and "Maxline Eagnas Company"; UNKNOWN ENTITIES 1-10; and "JOHN DOES" 1-10,<br><br>         Defendants. | Case No.  3:10-cv-00307-SC<br><br>**STIPULATION AND [PROPOSED] ORDER TO TRANSFER VENUE** |

## STIPULATION

WHEREAS, the parties in this action are currently discussing settlement of this action;

WHEREAS, the parties have agreed to transfer of this action to the Central District of

1  California as part of a tentative settlement of this dispute;

2  WHEREAS, the Central District of California has subject matter jurisdiction over this
3  matter pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338 (a) and (b), and has
4  supplemental jurisdiction over the common law and state law claims asserted pursuant to 28
5  U.S.C. § 1367 (a);

6  WHEREAS, the defendant is subject to personal jurisdiction in the Central District of
7  California; and

8  WHEREAS, venue in the Central District of California would have also been proper:

9  THEREFORE, pursuant to 28 U.S.C. §1404(a) and Local Rule 3-14, plaintiffs Daymen
10 Photo Marketing LP and Daymen U.S., Inc., by and through their attorneys, and defendant Victor
11 Chu, by and through his attorney, hereby agree that, subject to the approval of this Court, that this
12 action be transferred to the Central District of California.  Each party will bear their own
13 attorney's fees and expenses incurred in relation to such transfer.

Dated: April 28, 2010           MANATT, PHELPS & PHILLIPS, LLP

                                By: /s/ Shannon S. King
                                    Shannon S. King

                                Attorneys for Plaintiffs
                                DAYMEN PHOTO MARKETING LP and
                                DAYMEN U.S., INC.

Dated: April 22, 2010           LAW OFFICES OF FELIX WU

                                By: /s/ Felix Wu
                                    Felix Wu

                                Attorney for Defendant
                                VICTOR CHU D/B/A "MEKKO" AND D/B/A
                                "MAXLINE EAGNAS COMPANY"

Pursuant to General Order No. 45, Section X(B), Shannon S. King hereby attests that concurrence in the filing of the document has been obtained from Felix Wu.  A scanned image of the signature page of the document being electronically filed is hereby attached.

1   California as part of a tentative settlement of this dispute;

2   WHEREAS, the Central District of California has subject matter jurisdiction over this
3   matter pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338 (a) and (b), and has
4   supplemental jurisdiction over the common law and state law claims asserted pursuant to 28
5   U.S.C. § 1367 (a);

6   WHEREAS, the defendant is subject to personal jurisdiction in the Central District of
7   California; and

8   WHEREAS, venue in the Central District of California would have also been proper:

9   THEREFORE, pursuant to 28 U.S.C. §1404(a) and Local Rule 3-14, plaintiffs Daymen
10  Photo Marketing LP and Daymen U.S., Inc., by and through their attorneys, and defendant Victor
11  Chu, by and through his attorney, hereby agree that, subject to the approval of this Court, that this
12  action be transferred to the Central District of California. Each party will bear their own
13  attorney's fees and expenses incurred in relation to such transfer.

14
15  Dated:  April ___, 2010              MANATT, PHELPS & PHILLIPS, LLP

16                                      By: /s/ Shannon S. King
17                                          Shannon S. King

18                                      Attorneys for Plaintiffs
                                        DAYMEN PHOTO MARKETING LP and
19                                      DAYMEN U.S., INC.

20  Dated:  April 22, 2010               LAW OFFICES OF FELIX WU

21                                      By: _____
                                            Felix Wu
22

23                                      Attorney for Defendant
                                        VICTOR CHU D/B/A "MEKKO" AND D/B/A
24                                      "MAXLINE EAGNAS COMPANY"

25  Pursuant to General Order No. 45, Section X(B) Shannon S. King hereby attests that concurrence
26  in the filing of the document has been obtained from Felix Wu.

27
28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO              300089201.1                  2              STIPULATION AND [PROPOSED] ORDER TO
                                                                              TRANSFER VENUE

## [PROPOSED] ORDER

Upon consideration of the parties' stipulation and good cause having been shown, the Court hereby orders this matter transferred from the Northern District of California to the Central District of California. This Order shall become effective ___4/29___, 2010.

**IT IS SO ORDERED.**

Dated: __4/29__, 2010

_____
Hon. _____
United States District Judge

*IT IS SO ORDERED*
*Judge Samuel Conti*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

# **PROOF OF SERVICE**

I, Linda Allen, declare as follows:

I am employed in San Francisco County, San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is MANATT, PHELPS & PHILLIPS, LLP, One Embarcadero Center, 30th Floor, San Francisco, California 94111. On April 28, 2010, I served the within:

**Stipulation and [Proposed] Order to Transfer Venue**

on the interested parties in this action addressed as follows:

Victor Chu
d/b/a "Mekko" and "Maxline Eagnas Company
18166 South Hobart Blvd
Gardena, CA 90248

Felix Wu
Law Office of Felix Wu
4000 Barranca Pkwy, Suite 250
Irvine, CA 92602

☒  **(BY MAIL)** By placing such document(s) in a sealed envelope, with postage thereon fully prepaid for first class mail, for collection and mailing at Manatt, Phelps & Phillips, LLP, San Francisco, California following ordinary business practice. I am readily familiar with the practice at Manatt, Phelps & Phillips, LLP for collection and processing of correspondence for mailing with the United States Postal Service, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that the foregoing is true and correct.

Executed on April 28, 2010, at San Francisco, California.

_____
Linda Allen

300089201.1                                                                                                    PROOF OF SERVICE